**Timothy BEAVER, Petitioner–Appellant,**

v.

**MISSOURI DIVISION OF EMPLOYMENT SECURITY, Labor and Industrial Relations Commission of Missouri, and RX Delivery Service, Inc., Respondents.**

No. 61339.

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Aug. 5, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Appeal from the Circuit Court of St. Louis County; Kenneth M. Weinstock, Judge.

Ernest L. Keathley, Jr., St. Louis, for petitioner-appellant.

Larry R. Ruhmann, St. Louis, Victorine R. Mahon, Jefferson City, for respondents.

ORDER

PER CURIAM.

Appellant, Timothy Beaver, appeals from an order of the Circuit Court of the County of St. Louis dismissing his petition for review of an order of the Labor and Industrial Relations Commission finding appellant to have voluntarily left work which, there-

fore, disqualified him from receiving employment security benefits. We affirm.

We have reviewed the legal file, the transcript and the briefs of the parties and find no error on the part of the trial court. As we also find that a full opinion would have no precedential value in this case, we affirm the order of the trial court pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties herein, has been provided explaining the reasons for our holding.